DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WORD v. JONES

No. 336PA98

Case below: 130 N.C.App. 100

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 8 October 1998. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 8 October 1998.

PETITIONS TO REHEAR

BETHANIA TOWN LOT COMMITTEE v. CITY OF WINSTON-SALEM

No. 402PA97

Case below: 348 N.C. 664

Petition by plaintiffs (Bethania Town Lot Committee) to rehear pursuant to Rule 31 denied 16 September 1998.

BRING v. N.C. STATE BAR

No. 355PA97

Case below: 348 N.C. 655

Petition by plaintiff to rehear pursuant to Rule 31 denied 30 September 1998.

MARTIN v. BENSON

No. 119A97

Case below: 348 N.C. 684

Petition by plaintiffs to rehear pursuant to Rule 31 denied 8 October 1998.

SMITH CHAPEL BAPTIST CHURCH v. CITY OF DURHAM

No. 250PA97

Case below: 348 N.C. 632

Petition by plaintiffs to rehear pursuant to Rule 31 allowed 30 September 1998.